**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Cheryl Lynn Ringer | ) | CASE NUMBER: 18-02337-JMC-13 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Comes now John M. Hauber , trustee herein, objects to confirmation of the Chapter 13 plan. In support of the Objection, the Trustee states as follows:

1. The plan proposes to avoid certain judicial liens or junior mortgage liens, but this result must be accomplished by motion practice or adversary proceeding.  Await Order on Motion to Avoid regarding University Heights Health & Living; need Motion and Order regarding Direct Energy Services.

2. The debtor's plan is not feasible; pursuant to 11 U.S.C. §1325(a)(b). Trustee awaiting mortgage claim.

3. The plan fails to provide all the debtor's projected disposable income as required by §1325(b)(1)(B).  Plan should offer payments "until all allowed claims are paid in full".

WHEREFORE, after notice and hearing, your trustee requests that confirmation to the above plan be denied.

Respectfully submitted,

Date: May 15, 2018

/s/ John M. Hauber
John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644

## CERTIFICATE OF SERVICE

I hereby certify that on 05/15/2018, a copy of the foregoing Trustee's Objection to Confirmation of Plan was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

| | |
|---|---|
| US Trustee | MARK S ZUCKERBERG |
| ustpregion10.in.ecf@usdoj.gov | filings@mszlaw.com |

I further certify that on 05/15/2018, a copy of the foregoing Trustee's Objection to Confirmation of Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Cheryl Lynn Ringer
6551 Newstead Drive
Indianapolis, IN   46217


/s/ John M. Hauber
_____

John M. Hauber, Trustee

P.O.BOX 441644
INDIANAPOLIS, IN 46244-1644